1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASON AND PLASTERERS JOINT PENSION TRUST, | ) ) ) | Case No. 2:13-cv-01223-GMN-CWH |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| JULIA FIELDS, | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on Plaintiff's Notice of Settlement (#10) and Motion to Stay (#11), both filed on March 3, 2014.  It appears the parties have reached settlement.  Consequently, the Court will grant the request for stay to permit the parties to finalize settlement and submit final paperwork dismissing the case.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay (#11) is **granted**.

**IT IS FURTHER ORDERED** that the parties shall submit a written Joint Status Report by **Friday, April 4, 2014** outlining the status of settlement in this matter.  The requirement to file a written joint status report shall be automatically vacated if final dismissal paperwork is filed before the deadline to submit a written joint status report.

DATED: March 5, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**